CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02031**
**Internal Use Only**

Bynum v. Davol, Inc. et al
Assigned to: Judge Ewing Werlein, Jr
Related Case Cases: 4:07-cv-02002
4:07-cv-02044
4:07-cv-02040
4:07-cv-02046
4:07-cv-02041
4:07-cv-02048
4:07-cv-02055
Cause: 28:1391 Personal Injury

Date Filed: 06/19/2007
Date Terminated: 09/06/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Betsy L Bynum** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: dalexander@williamskherkher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MICHAEL N. MILBY, CLERK
BY DEPUTY

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 2784311) filed by Betsy L Bynum. (Attachments: # 1 Civil Cover Sheet Bynum, Betsy L.)(Alexander, David) (Entered: 06/19/2007) |
| 06/20/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/9/2007 at 02:15 PM in Room 11521 before Judge Ewing Werlein, Jr.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(mmapps, ) (Entered: 06/20/2007) |
| 06/28/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Bynum, Betsy L., filed.(Alexander, David) (Entered: 06/28/2007) |
| 07/05/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 6/29/2007, answer due 7/19/2007, filed.(blacy, ) (Entered: 07/06/2007) |
| 07/05/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 7/2/2007, answer due 7/23/2007, filed.(mmapps, ) (Entered: 07/06/2007) |
| 07/19/2007 | 6 | ANSWER to 1 Complaint with Jury Demand by all defendants, filed. (Attachments: # 1 Proposed Order)(McFarland, D) (Entered: 07/19/2007) |
| 08/03/2007 | 7 | CERTIFICATE OF INTERESTED PARTIES by Defendants, filed. (McFarland, D) (Entered: 08/03/2007) |
| 08/06/2007 | 8 | NOTICE of Resetting. Parties notified.Initial Conference is reset for 11/16/2007 at 03:15 PM in Room 11521 before Judge Ewing Werlein, Jr, filed. (jhancock) (Entered: 08/06/2007) |
| 08/29/2007 | 9 | Unopposed MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 9/18/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Granting Stay)(McFarland, D) (Entered: 08/29/2007) |
| 09/05/2007 | 10 | ORDER granting 9 Motion to Stay All Proceedings pending Transfer to cuase number 1:07-MDL-1842, in the District of Rhode Island.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(chorace, ) (Entered: 09/05/2007) |
| 09/06/2007 | 11 | JPML CONDITIONAL TRANSFER ORDER (1) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842.(kmurphy, ) (Entered: 09/06/2007) |
| 09/06/2007 | | Certified pdf copies of the complaint and docket sheet forwarded via email to the District of Rhode Island. (kmurphy, ) (Entered: 09/06/2007) |